IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KELLI A. NIX,                              )
                                           )
                Plaintiff,                 )
                                           )
        v.                                 )    Civil Action No. 23-259
                                           )
KILOLO KIJAKAZI,                           )
*Acting Commissioner of Social Security*,  )
                                           )
                Defendant.                 )

O R D E R


        AND NOW, this 25th day of July, 2023, the Court having granted Defendant's

Uncontested Motion to Remand, and having remanded the matter to the Commissioner of Social

Security,

        IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant

to Rule 58 of the Federal Rules of Civil Procedure.


                                           s/Alan N. Bloch
                                           United States District Judge



ecf:         Counsel of record